AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RUSSELL CHARD, on behalf of himself and similarly situated individuals, and RETIRED FIREFIGHTERS LEGAL DEFENSE FUND, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM and THE CITY OF HOLLYWOOD, <br><br> *Defendant(s)* | Civil Action No.  19-cv-60323-Martinez/Snow |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Hollywood
Josh Levy, Mayor
2600 Hollywood Blvd.
Hollywood, FL 33020


(INDIVIDUAL SERVICE ONLY)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Donnelly
Donnelly + Gross
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/06/2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ J. Adams

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RUSSELL CHARD, on behalf of himself and similarly situated individuals, and RETIRED FIREFIGHTERS LEGAL DEFENSE FUND, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM and THE CITY OF HOLLYWOOD, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  19-cv-60323-Martinez/Snow |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Board of Trustees of the City of Hollywood
Firefighters' Pension System
c/o Jason Rosner, Chair
310 S. 62nd Avenue
Hollywood, FL 33023

(Individual Service Only)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Donnelly
Donnelly + Gross
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  02/06/2019

Angela E. Noble
Clerk of Court



**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts