# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 19-CV-60323-MARTINEZ/SNOW

Plaintiff:
**RUSSELL CHARD, on behalf of himself and similarly situated individuals, and RETIRED FIREFIGHTERS LEGAL DEFENSE FUND, INC.**
vs.


GNV2019001050

Defendant:
**THE BOARD OF TRUSTEES OF THE CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM and THE CITY OF HOLLYWOOD**

For:
DONNELLY & GROSS
2421 NW 41ST STREET
SUITE A-1
GAINESVILLE, FL 32606

Received by GAINESVILLE PROCESS SERVICE on the 12th day of February, 2019 at 5:43 am to be served on **CITY OF HOLLYWOOD JOSH LEVY, MAYOR, 2600 HOLLYWOOD BLVD., HOLLYWOOD, FL 33020**.

I, Catrina C. Adams, being duly sworn, depose and say that on the **19th day of February, 2019** at **11:19 am**, I:

**Served** the Government Agency by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR DECLARATORY JUDGMENT, PERMANENT INJUNCTION, DAMAGES, AND OTHER RELIEF WITH ATTACHED EXHIBITS 1-11** with the date and hour of service endorsed thereon by me, to **Josh Levy** as **Mayor** of the within named agency, to wit: **CITY OF HOLLYWOOD** at **2600 HOLLYWOOD BLVD., HOLLYWOOD, FL 33020** and informing such person of their contents in addorcance with State Statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 165, Hair: Black, Glasses: N

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: FEB 20 2019

Subscribed and Sworn to before me on the 20 day of Feb 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

CRYSTAL MICHELIN
Commission # GG 193422
Expires April 2, 2022
Bonded Thru Budget Notary Services

Catrina C. Adams
Special Process Server #365

GAINESVILLE PROCESS SERVICE
1330 Nw 6th Street
Suite D
Gainesville, FL 32627
(352) 372-2252

Our Job Serial Number: GNV-2019001050

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i