ATTACHMENT A

## Pretrial Deadlines and Trial Date

**DATE**
month/day/year

| Date | Deadline |
|---|---|
| November 12, 2019 | Joinder of Additional Parties and motions for class certification. |
| December 9, 2019 | Parties shall exchange expert witness summaries and reports. |
| December 19, 2019 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| January 8, 2020 | Parties exchange rebuttal expert witness summaries and reports.  Note:  These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| February 27, 2020 | All discovery, including expert discovery, shall be completed. |
| March 9, 2020 | A mediator must be selected. |
| March 30, 2020 | All summary judgment, *Daubert*, and other dispositive motions must be filed.  A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation.  **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| May 7, 2020 | Mediation shall be completed. |
| May 22, 2020 | All Pretrial Motions and Memoranda of Law must be filed. |
| June 8, 2020 | Joint Pretrial Stipulation must be filed. |
| June 29, 2020 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| July 3, 2020 | Deposition designations must be filed. |
| July 6, 2020 | Beginning of Trial Period. |
| N/A | Additional deadlines (please specify). |