**ATTACHMENT D**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 19-60323-CIV-MARTINEZ-SNOW

RUSSELL CHARD, on behalf of himself and similarly situated individuals, and RETIRED FIREFIGHTERS LEGAL DEFENSE FUND, INC.,

    Plaintiffs,

vs.

THE BOARD OF TRUSTEES OF THE CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM and CITY OF HOLLYWOOD,

    Defendants.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs                Yes ____   No  X
2. Motions for Attorney's Fees      Yes ____   No  X
3. Motions for Sanctions            Yes ____   No  X
4. Motions to Dismiss               Yes ____   No  X
5. Motions for Summary Judgment     Yes ____   No  X
6. Discovery                        Yes ____   No  X
7. Other (specify) _____

April 19, 2019            s/ Stuart A. Kaufman_____
(Date)                    (Signature--Plaintiff's Counsel)

_____             _____
(Date)                    (Signature--Plaintiff's Counsel)

April 19, 2019            s/ Lara J. Peppard_____
(Date)                    (Signature--Defendant's Counsel) City of Hollywood

April 19, 2019            s/ Paul A. Donnelly_____
(Date)                    (Signature--Defendant's Counsel) The Board of Trustees