UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 19-60323-CIV-ALTMAN-SNOW

RUSSELL CHARD, on behalf of himself and
similarly situated individuals, and RETIRED
FIREFIGHTERS LEGAL DEFENSE FUND, INC.,

    Plaintiffs,

vs.                                                                                                  Class Action

THE BOARD OF TRUSTEES OF THE CITY
OF HOLLYWOOD FIREFIGHTERS' PENSION
SYSTEM and CITY OF HOLLYWOOD,

    Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Scheduling Report file by the parties, and the Court being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED as follows:

**A. Case Management Track**

This a Standard Track case as set forth in Local Rule 16.1(a)(2)(B).

**B. Discovery Schedule Agreed to by the Parties**

| | |
|---|---|
| November 12, 2019 | Joinder of Additional Parties and motions for class certification. |
| December 9, 2019 | Parties shall exchange expert witness summaries and reports. |
| December 19, 2019 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| January 8, 2020 | Parties exchange rebuttal expert witness summaries and reports. |

| February 27, 2020 | All discovery, including expert discovery, shall be completed. |
| --- | --- |
| March 9, 2020 | A mediator must be selected. |
| March 30, 2020 | All summary judgment, *Daubert*, and other dispositive motions must be filed. |
| May 7, 2020 | Mediation shall be completed. |
| June 8, 2020 | Joint Pretrial Stipulation must be filed. |
| June 29, 2020 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| July 3, 2020 | Deposition designations must be filed. |

**C.  Filing of Pre-Trial Motions**

The deadline for filing all pre-trial motions is:  May 22, 2020.

**D.  Resolution of All Pre-Trial Motions.**

The deadline for resolution of all pre-trial motions is _____.

**E.  Pre-Trial Conference Date**

The pre-trial conference will be held on: _____.

**F.  Trial**

The trial will commence on:  July 6, 2020.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this \_\_\_ day of _____, 2019.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

38228434.1